PER CURIAM.

Affirmed.

LYNDA DOVE AVRIETT v. ROBERT JAMES AVRIETT, JR.

No. 81A88

(Filed 2 June 1988)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported at 88 N.C. App. 506, 363 S.E. 2d 875 (1988), which affirmed the order of *Pate, J.,* granting summary judgment for defendant entered at the 4 August 1986 Session of District Court, CUMBERLAND County, and a subsequent order denying plaintiff's motion for a new trial pursuant to Rule 59 of the North Carolina Rules of Civil Procedure entered on 13 November 1986. Heard in the Supreme Court 12 May 1988.

*Harris, Sweeny & Mitchell, by Ronnie M. Mitchell, and Blackwell, Russ & Strickland, by John V. Blackwell, Jr., for plaintiff-appellant.*

*Reed, Lewis & Deese, by Renny W. Deese, for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.